| Attorney or Party without Attorney:<br>KATHLEEN E. FINNERTY ESQ., Bar #157638<br>FINNERTY LAW OFFICES, INC.<br>3017 DOUGLAS BLVD<br>SUITE 230<br>ROSEVILLE, CA 95661<br>Telephone No: 916-783-1644   FAX No: 916-975-3744 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | |
| Plaintiff: ELECTRO SEAN, INC.<br>Defendant: CROWN ELECTROKINETICS CORP. | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-CV-02442-JAM-CSK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; MAGISTRATE JUDGE CONSENT IN CIVIL CASES INFORMATION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VDR INFORMATION

3. a. Party served: CROWN ELECTROKINETICS CORP.
   b. Person served: JENNIFER LEE, AUTHORIZED TO ACCEPT SERVICE; Asian, Female, 37 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches

4. Address where the party was served: INCORPORATING SERVICES, LTD
   7801 FOLSOM BLVD
   SUITE 202
   SACRAMENTO, CA 95826

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 19, 2025 (2) at: 12:57PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CROWN ELECTROKINETICS CORP.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DARIN FAIN
   d. *The Fee for Service was:* $35.00

   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2015-70
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Nov. 20, 2025

   (DARIN FAIN)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

kef.508649