

*Let Moe Hunt 'em Down*

**Bill to:**
FINNERTY LAW OFFICES, INC.
3017 DOUGLAS BLVD
SUITE 230
ROSEVILLE CA  95661

**Work Completed For:**
KATHLEEN E. FINNERTY ESQ.
FINNERTY LAW OFFICES, INC.
3017 DOUGLAS BLVD
SUITE 230
ROSEVILLE CA  95661

| Thursday November 20, 2025 | *INVOICE* | KEF.508650 |
|---|---|---|

Case #: 2:25-CV-02442-JAM-CSK
Court: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
Title: ELECTRO SEAN, INC. vs. CROWN ELECTROKINETICS CORP.
Documents: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; MAGISTRATE JUDGE CONSENT IN CIVIL CASES INFORMATION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VDR INFORMATION

| Date | Description | Amount |
|---|---|---|
| 11/19/25 12:57PM | Personal Service: ELEMENT 82, INC., AT Business INCORPORATING SERVICES, LTD 7801 FOLSOM BLVD SACRAMENTO, CA  95826, by serving: JENNIFER LEE, AUTHORIZED TO ACCEPT SERVICE; Asian, Female, 37 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, Served By: DARIN FAIN. | |
| 11/19/25 | SECOND SERVICE AT SAME ADDRESS | 25.00 |
| 11/19/25 | COPIES AT $.15 PER PAGE | 12.00 |

**We appreciate the business and your loyalty!!!**      **37.00**
**2026 MOUSE PADS HAVE ARRIVED - LET US KNOW IF YOU WOULD LIKE ONE!!!**

**WE ARE BACK AT HOME!**

**2300 P STREET**
**SACRAMENTO, CA 95816**

| Attorney or Party without Attorney: | | | | For Court Use Only |
| --- | --- | --- | --- | --- |

**Attorney or Party without Attorney:**
KATHLEEN E. FINNERTY ESQ., Bar #157638
FINNERTY LAW OFFICES, INC.
3017 DOUGLAS BLVD
SUITE 230
ROSEVILLE, CA 95661
*Telephone No:* 916-783-1644        *FAX No:* 916-975-3744

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* ELECTRO SEAN, INC.

*Defendant:* CROWN ELECTROKINETICS CORP.

| **PROOF OF SERVICE** **SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:25-CV-02442-JAM-CSK |
| --- | --- | --- | --- | --- |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; MAGISTRATE JUDGE CONSENT IN CIVIL CASES INFORMATION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VDR INFORMATION

3. a. *Party served:*          ELEMENT 82, INC.
   b. *Person served:*        JENNIFER LEE, AUTHORIZED TO ACCEPT SERVICE; Asian, Female, 37 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches

4. *Address where the party was served:*     INCORPORATING SERVICES, LTD
   7801 FOLSOM BLVD
   SUITE 202
   SACRAMENTO, CA 95826

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 19, 2025 (2) at: 12:57PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ELEMENT 82, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DARIN FAIN
   
   d. *The Fee for Service was:*      $25.00

   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   e. I am: (3) registered California process server
      *(i)* Employee
      *(ii)* *Registration No.:*      2015-70
      *(iii)* *County:*                   Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Nov. 20, 2025

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL CASE                              (DARIN FAIN)                    ref.508650