| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KATHLEEN E. FINNERTY ESQ., Bar #157638<br>FINNERTY LAW OFFICES, INC.<br>3017 DOUGLAS BLVD<br>SUITE 230<br>ROSEVILLE, CA 95661<br>*Telephone No:* 916-783-1644        *FAX No:* 916-975-3744 | *For Court Use Only* |

*Attorney for:* Plaintiff        *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* ELECTRO SEAN, INC.
*Defendant:* CROWN ELECTROKINETICS CORP.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-CV-02442-JAM-CSK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; MAGISTRATE JUDGE CONSENT IN CIVIL CASES INFORMATION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VDR INFORMATION

3. a. *Party served:*        DOUGLAS CROXALL
   b. *Person served:*      NATASHA CROXALL, WIFE, White, Female, 55 Years Old, Blonde Hair, 5 Feet 11 Inches, 150 Pounds

4. *Address where the party was served:*        229 OCEANO DRIVE
                                                 LOS ANGELES, CA 90049

5. *I served the party:*
   b. by substituted service. On: Thu., Nov. 20, 2025 at: 1:28PM by leaving the copies with or in the presence of:
                                                 NATASHA CROXALL, WIFE, White, Female, 55 Years Old, Blonde Hair, 5 Feet 11 Inches, 150 Pounds
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDREW LUGO
                                                 d.  *The Fee for Service was:*    $85.00
   2300 P Street                                 e.  I am: (3)  registered California process server
   Sacramento, CA 95816                              (i)   Independent Contractor
   (916) 498-0808                                    (ii)  *Registration No.:*    1771
   FAX (916) 498-0817                                (iii) *County:*              Riverside

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Sun, Nov. 23, 2025*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE              (ANDREW LUGO)              *kef.508651*