| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>KATHLEEN E. FINNERTY ESQ., Bar #157638<br>FINNERTY LAW OFFICES, INC.<br>3017 DOUGLAS BLVD<br>SUITE 230<br>ROSEVILLE, CA 95661<br>*Telephone No:* 916-783-1644    *FAX: No:* 916-975-3744 | | *For Court Use Only* |
| | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* ELECTRO SEAN, INC.<br>*Defendant:* CROWN ELECTROKINETICS CORP. | | |

| Affidavit of Reasonable Diligence | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-CV-02442-JAM-CSK |
|---|---|---|---|---|

1. I, ANDREW LUGO, and any employee or independent contractors retained by MOE'S PROCESS SERVING, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DOUGLAS CROXALL as follows:

2. *Documents:* Summons In A Civil Case; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Order Requiring Service Of Process And Joint Status Report; Magistrate Judge Consent In Civil Cases Information; Order Re Filing Requirements For Cases Assigned To Judge Mendez; Notice Of Availability Vdr Information.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 11/18/25 | 8:40pm | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: ANDREW LUGO. Attempt at: 229 OCEANO DRIVE LOS ANGELES, CA 90049. |
| Wed | 11/19/25 | 7:01am | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: ANDREW LUGO. Attempt at: 229 OCEANO DRIVE LOS ANGELES, CA 90049. |
| Thu | 11/20/25 | 1:27pm | Home | NOT IN PER WIFE Attempt made by: ANDREW LUGO, Registration #1771 Riverside County. Attempt at: 229 OCEANO DRIVE LOS ANGELES, CA 90049. |
| Thu | 11/20/25 | 1:28pm | Home | Substituted Service on: DOUGLAS CROXALL Home - 229 OCEANO DRIVE LOS ANGELES, CA 90049 by Serving: NATASHA CROXALL, WIFE, White, Female, 55 Years Old, Blonde Hair, 5 Feet 11 Inches, 150 Pounds Competent Member of the Household over 18. Served by: ANDREW LUGO |
| Thu | 11/20/25 | | | Mailed copy of Documents to: DOUGLAS CROXALL |

3. *Person Executing*
   a. ANDREW LUGO
   b. MOE'S PROCESS SERVING, INC.
      2300 P STREET
      SACRAMENTO, CA 95816
   c. 916 498-0808, FAX 916-498-0817

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $85.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1771
      (iii) County: Riverside

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Nov. 23, 2025

   (ANDREW LUGO)

Affidavit of Reasonable Diligence

finnerty.508651