| Attorney or Party without Attorney: <br> KATHLEEN E. FINNERTY ESQ., Bar #157638 <br> FINNERTY LAW OFFICES, INC. <br> 3017 DOUGLAS BLVD <br> SUITE 230 <br> ROSEVILLE, CA 95661 <br> Telephone No: 916-783-1644    FAX No: 916-975-3744 <br> Ref. No or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: ELECTRO SEAN, INC.
Defendant: CROWN ELECTROKINETICS CORP.

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-CV-02442-JAM-CSK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; MAGISTRATE JUDGE CONSENT IN CIVIL CASES INFORMATION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VDR INFORMATION

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing: Thu., Nov. 20, 2025
    b. Place of Mailing: SACRAMENTO, CA 95816
    c. Addressed as follows: DOUGLAS CROXALL
       229 OCEANO DRIVE
       LOS ANGELES, CA 90049

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 20, 2025 in the ordinary course of business.

5. Person Serving:
   a. LAURI GREENBERG
   b. MOE'S PROCESS SERVING, INC.
      2300 P STREET
      SACRAMENTO, CA 95816
   c. 916 498-0808, FAX 916-498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $85.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 98
      (iii) County: Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Nov. 23, 2025

   (LAURI GREENBERG)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

ref.508651